Dennis E. Westlind
Oregon Bar No. 011329
**BULLARD LAW**
200 SW Market St., Ste 1950
Portland, Oregon 97201
T: 503-248-1134
F: 503-224-8851
dwestlind@bullardlaw.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LAUREL BEGLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CLUB SINROCK, LLC d/b/a CLUB SINROCK, an Oregon Limited Liability Company; REBECKAH LYONS, an individual; TIMOTHY LYONS, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:21-cv-01104-HZ<br><br>**JOINT STATUS REPORT** |

NOW COME Plaintiff Laurel Begley ("Plaintiff") and Defendants Club Sinrock, LLC; Rebeckah Lyons; and Timothy Lyons ("Defendants"), by and through their respective undersigned counsel of record and, pursuant to this Court's Order on July 6, 2022, hereby submit the following Joint Status Report to inform the Court of the status of the arbitration between the Parties.

Plaintiff filed her demand in arbitration with JAMS on November 30, 2021. Defendants paid their portion of the required filing fee on or about December 28,

2021. After a strike and rank process, on March 7, 2022, JAMS appointed J. Kathleen Learned as the arbitrator in that matter.

The arbitrator held a preliminary hearing on June 28, 2022, with the Parties' counsels and issued a scheduling order that set the hearing in the matter for March 1 & 2, 2023. The Parties first deadline is set for July 29, 2022, on or before which the Parties must exchange all documentary evidence they intend to offer at the hearing.

Meanwhile, the Parties continue to engage in productive settlement discussions.

Respectfully submitted,

FOR DEFENDANTS:

Dated:  July 18, 2022

/s/Dennis Westlind
Dennis E. Westlind, OSB No. 011329
**Bullard Law**
200 SW Market St., Ste 1950
Portland, Oregon 97201
T: 503-248-1134
F: 503-224-8851
E: dwestlind@bullardlaw.com

*Attorneys for All Defendants*

FOR PLAINTIFF:

Dated: July 18, 2022

/s/Amanda Marshall
S. Amanda Marshall
Oregon Bar No. 953473
**S. AMANDA MARSHALL, LLC**
4545 SW Angel Avenue, Ste. 104
Beaverton, Oregon 97005
T: 503-472-7190
amanda@maclaw.law

JOINT STATUS REPORT

        Leigh S. Montgomery
        **HUGHES ELLZEY, PLLC**
        1105 Milford St.
        Houston, TX 77066
        Phone: (713) 554-2377
        Fax: (888) 276-3455
        leigh@hughesellzey.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2022, I electronically filed the foregoing document with the United States District Court for the District of Oregon via the Court's CM/ECF system, thereby causing service upon all counsel of record by operation of the Court's CM/ECF system.

*s/*Dennis Westlind